

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>VIET NGUYEN<br><br>DEFENDANT(S). | CASE NUMBER<br><br>08 CR 01466<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of _Defendant_ , IT IS ORDERED that a detention hearing is set for _January 15_ , _2009_ , at _10:00_ ☒a.m. / ☐p.m. before the Honorable _Jeffrey W. Johnson_ , in Courtroom _"C" 8th floor_ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _January 8, 2009_

_____
U.S. District Judge/Magistrate Judge